# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  25-CR-274(2) JWB/DTS |
| | Date:  March 4, 2026 |
| GUILLERMO MERCADO-CHAPARRO (AKA OSCAR PEREZ-CHAVEZ, OSCAR PEREZ), | Court Reporter: Lynne Krenz |
| | Courthouse:  St. Paul |
| | Courtroom:  7A |
| | Time Commenced: 2:08 p.m. |
| | Time Concluded:  2:52 p.m. |
| Defendant. | Time in Court:  44 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:    Timothy Campbell Warner, Assistant United States Attorney
   For Defendant:  Jill A. Brisbois, CJA
   Language/Interpreter:  Marianne McEvoy

PROCEEDINGS:
   ☒ **Change of Plea Hearing.**
   ☒ PLEA:
      ☒ Guilty as to Count 1 of the Indictment.
   ☒ Presentence Investigation and Report requested.
   ☒ Defendant remanded to the custody of the U.S. Marshal.

s/ D. Dodd
Courtroom Deputy
